```
 1  Kent Khtikian, Esq. (#99843)
    Conor D. Mack, Esq. (#253878)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415) 834-1842

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOP GUN ARCHITECTURAL FINISHES INCORPORATED, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>    Defendants. | CASE NO. CV 10-4056 EMC<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT AGAINST TOP GUN ARCHITECTURAL FINISHES INCORPORATED |

WHEREAS plaintiffs and defendant TOP GUN ARCHITECTURAL FINISHES INCORPORATED have agreed that this stipulated judgment against TOP GUN ARCHITECTURAL FINISHES INCORPORATED shall be entered by the Court upon

submission by the plaintiffs of this stipulated judgment to the Court, signed by defendants, without prior notice to defendants.

NOW THEREFORE, the parties hereto request that the Court at this time enter this judgment against TOP GUN ARCHITECTURAL FINISHES INCORPORATED and agree to entry of this judgment at this time without prior notice to or prior opportunity to object by them.

## JUDGMENT

This matter, having come before the undersigned Judge, and the parties hereto having stipulated to judgment, as indicated by the signature hereto of Plaintiffs and the signature of TOP GUN ARCHITECTURAL FINISHES INCORPORATED, all parties to this stipulation consenting to Entry of Judgment and waiving any further notices regarding this stipulation, the judgment or entry of judgment, and the court having reviewed the records and files herein and being fully advised of the premises does hereby:

1. ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have judgment against TOP GUN ARCHITECTURAL FINISHES INCORPORATED in the amount of Twenty Four Thousand Four Hundred Twenty Five Dollars and Ninety Five Cents ($24,452.95), inclusive of attorney's fees and costs, plus interest at the annual rate of 10% calculated from the date of entry until paid.

2. ORDER, ADJUDGE AND DECREE that TOP GUN ARCHITECTURAL FINISHES INCORPORATED shall submit to plaintiffs remittance reports for work performed during the period from February 1, 2011 through June 30, 2011.

Dated: 7/12/11  _____

Hon. Edward M. Chen
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

TOP GUN ARCHITECTURAL FINISHES INCORPORATED, understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated.  The undersigned is the President of TOP GUN ARCHITECTURAL FINISHES INCORPORATED and executes this stipulation on behalf of TOP GUN ARCHITECTURAL

1  FINISHES INCORPORATED, to all of the terms set forth in this stipulated judgment and
2  requests that judgment be entered as herein stated.

TOP GUN ARCHITECTURAL FINISHES INCORPORATED

Dated: July 7, 2011          By:   /s/ Mike Martinez
                                   Mike Martinez, President

9  The undersigned is the President of the plaintiff Union and a trustee of the plaintiff trust
10 funds, and executes this stipulation on behalf of, and with the knowledge, authorization and
11 consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that
12 judgment be entered as herein stated.

Dated: July 8, 2011          By:   /s/  Tom Spear
                                   Tom Spear, President / Trustee

### Attestation Of Concurrence

I, Conor Mack, declare that Mike Martinez and Tom Spear have signed the Stipulation set forth above and that I have in my possession their signatures on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July 2011, in San Francisco, California.

                                   /s/ Conor Mack
                                   Conor D. Mack