```
1  Kent Khtikian, Esq. (#99843)
   Conor D. Mack, Esq. (#253878)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>  Plaintiffs,<br><br>vs.<br><br>TOP GUN ARCHITECTURAL FINISHES INCORPORATED, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>  Defendants. | CASE NO. CV 10-4056 EMC<br><br>PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;<br><br>[~~proposed~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>Date:       July 15, 2011<br>Time:       9:00 a.m.<br>Courtroom:  8, 19th Floor<br>            (San Francisco) |

   Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b), Plaintiffs hereby submit this Case Management Statement And Proposed Order.

   Plaintiffs respectfully request that the Court continue the Case Management Conference

1  currently scheduled for July 15, 2011 for 75 days, until September 30, 2011, for the following
2  reasons.
3       Judgment was entered as to Defendant Top Gun Architectural Finishes ("Top Gun") on
4  July 12, 2011.
5       Plaintiffs and Defendant American Contractors Indemnity Company ("ACIC") are
6  negotiating a settlement.  Plaintiffs anticipate filing a request for dismissal of ACIC within 30
7  days.  Should Plaintiffs and ACIC fail to settle the dispute, a 75 day continuance will allow
8  sufficient time for Plaintiffs to request the default of ACIC and move for default judgment.

                                                           Respectfully submitted,

                                                           Katzenbach & Khtikian

Dated: July 13, 2010                          By:   /s/ Conor Mack
                                                                Conor D. Mack
                                                               Attorneys for Plaintiffs

### [proposed] ORDER

     Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for July 15, 2011 is rescheduled for September 30, 2011 at 9:00 a.m.  A joint case management conference statement shall be filed no later than September 23, 2011.

     IT IS SO ORDERED

Dated: 7/14/11                                  Hon. E[dward M. Chen]
                                                 U.S. D[istrict Judge]

*IT IS SO ORDERED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*