```
 1   Kent Khtikian, Esq. (#99843)
     Conor D. Mack, Esq. (#253878)
 2   Katzenbach and Khtikian
     1714 Stockton Street, Suite 300
 3   San Francisco, California  94133-2930
     Telephone: (415) 834-1778
 4   Facsimile: (415) 834-1842

 5   Attorneys for Plaintiffs

 6

 7

 8
                            UNITED STATES DISTRICT COURT
 9
                           NORTHERN DISTRICT OF CALIFORNIA
10

11   TRUSTEES OF THE BRICKLAYERS LOCAL      ) CASE NO. CV 10-4056 EMC
     NO. 3 PENSION TRUST; TRUSTEES OF THE   )
12   LOCAL NO. 7 PENSION TRUST; TRUSTEES    )
     OF THE BRICKLAYERS LOCAL NO. 3         ) PLAINTIFFS' REQUEST TO
13   HEALTH AND WELFARE TRUST; TRUSTEES     ) CONTINUE CASE MANAGEMENT
     OF THE BRICKLAYERS AND ALLIED          ) CONFERENCE;
14   CRAFTS LOCAL NO. 3 APPRENTICE          ) [proposed] ORDER RESETTING CASE
     TRAINING TRUST; INTERNATIONAL UNION    ) MANAGEMENT CONFERENCE
15   OF BRICKLAYERS AND ALLIED              )
     CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, )
16   on behalf of itself and as agent for its members; )
     TRUSTEES OF THE INTERNATIONAL UNION    )
17   OF BRICKLAYERS AND ALLIED              )
     CRAFTSMEN PENSION FUND,                )
18                                          )
           Plaintiffs,                      )
19                                          )
     vs.                                    )
20                                          )
     TOP GUN ARCHITECTURAL FINISHES         )
21   INCORPORATED, a California corporation; )
     AMERICAN CONTRACTORS INDEMNITY         ) Date:      September 30, 2011
22   COMPANY, a California corporation;     ) Time:      9:00 a.m.
                                            ) Courtroom: 5, 17th Floor
23         Defendants.                      )            (San Francisco)
                                            )
24   _____)

25

26
           Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b), Plaintiffs hereby
27
     submit this Case Management Statement And Proposed Order.
28
           Plaintiffs respectfully request that the Court continue the Case Management Conference
```

currently scheduled for September 30, 2011 for 75 days, until December 16, 2011, for the following reasons.

Judgment was entered as to Defendant Top Gun Architectural Finishes ("Top Gun") on July 12, 2011.

Plaintiffs and Defendant American Contractors Indemnity Company ("ACIC") are negotiating a settlement. Plaintiffs anticipate filing a request for dismissal of ACIC within 30 days. Should Plaintiffs and ACIC fail to settle the dispute, a 75 day continuance will allow sufficient time for Plaintiffs to request the default of ACIC and move for default judgment.

Respectfully submitted,

Katzenbach & Khtikian

Dated: September 26, 2011     By:   /s/ Conor Mack
                                    Conor D. Mack
                                    Attorneys for Plaintiffs


[~~proposed~~] ORDER

Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for September 30, 2011 is rescheduled for December 16, 2011 at 9:00 a.m. A joint case management conference statement shall be filed no later than December 9, 2011.

IT IS SO ORDERED

Dated:　　　9/27/11　　　　　　　　　_____
                                    Hon.
                                    U.S. D

IT IS SO ORDERED
Judge Edward M. Chen

|     |     |
| --- | --- |
| 1   | PROOF OF SERVICE BY MAIL |
| 2   | I am a resident of the County of San Francisco, California. I am over the age of eighteen |
| 3   | years and not a party to this action. My business address is Katzenbach and Khtikian, 1714 |
| 4   | Stockton Street, Suite 300, San Francisco, California 94133. I served the within: |

1. PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE

on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid in the United States Mail at San Francisco, California, on September 26, 2011 addressed as follows:

Gregory D. McDonald, Esq.
Old Bank of America Building
12 S. First St., Ste. 417
San Jose, CA 95113

Attorney for Defendants American Contractors Indemnity Company

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 26, 2011.

       /s/ Steve Raby
         Steven Raby