Kent Khtikian, Esq. (#99843)
Conor D. Mack, Esq. (#253878)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415) 834-1842

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE LOCAL NO. 7 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>TOP GUN ARCHITECTURAL FINISHES INCORPORATED, a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation;<br><br>    Defendants. | CASE NO. CV 10-4056 EMC<br><br>PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;<br><br>[~~proposed~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>Date:    September 30, 2011<br>Time:    9:00 a.m.<br>Courtroom:  5, 17th Floor<br>    (San Francisco) |

    Pursuant to this Court's Civil Local Rule 16-9 and FRCivP 16(b), Plaintiffs hereby submit this Case Management Statement And Proposed Order.

    Plaintiffs respectfully request that the Court continue the Case Management Conference

1  currently scheduled for September 30, 2011 for 75 days, until December 16, 2011, for the
2  following reasons.
3   Judgment was entered as to Defendant Top Gun Architectural Finishes ("Top Gun") on
4  July 12, 2011.
5   Plaintiffs and Defendant American Contractors Indemnity Company ("ACIC") are
6  negotiating a settlement.  Plaintiffs anticipate filing a request for dismissal of ACIC within 30
7  days.  Should Plaintiffs and ACIC fail to settle the dispute, a 75 day continuance will allow
8  sufficient time for Plaintiffs to request the default of ACIC and move for default judgment.

Respectfully submitted,

Katzenbach & Khtikian

Dated: September 26, 2011       By:   /s/ Conor Mack
                                      Conor D. Mack
                                      Attorneys for Plaintiffs

[proposed] ORDER

Good cause appearing, the Court hereby orders that the Case Management Conference scheduled for September 30, 2011 is rescheduled for December 16, 2011 at 9:00 a.m.  A joint case management conference statement shall be filed no later than December 9, 2011.

IT IS SO ORDERED

Dated:  9/27/11              _____
                             Hon.
                             U.S. D

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | PROOF OF SERVICE BY MAIL |

2  I am a resident of the County of San Francisco, California.  I am over the age of eighteen
3  years and not a party to this action.  My business address is Katzenbach and Khtikian, 1714
4  Stockton Street, Suite 300, San Francisco, California 94133.  I served the within:

6  1. PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER RESETTING CASE MANAGEMENT CONFERENCE

7  on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed
8  envelope with first class postage thereon fully prepaid in the United States Mail at San
9  Francisco, California, on September 26, 2011 addressed as follows:

Gregory D. McDonald, Esq.
Old Bank of America Building
12 S. First St., Ste. 417
San Jose, CA 95113

Attorney for Defendants American Contractors Indemnity Company

15  I declare under penalty of perjury that the foregoing is true and correct, and that this
16  declaration was executed on September 26, 2011.

　　　/s/ Steve Raby
　　　Steven Raby

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER
Case No. 10-4056 EMC
3